**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00439-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER JORDAN MACK,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Due to a conflict arising on the court's calendar, the jury trial in Criminal Action No. 11-cr-00497-REB-02, ***USA v. Wright***, the revocation of supervised release hearing set for Thursday, October 11, 2012, is **VACATED** and is **CONTINUED** to **October 23, 2012**, at 9:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: October 3, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.